NAME: SHANNON O. MURPHY ESQ. SR.
Firm:  dba. Counsel Legal Advisory Division, C-LAD
In Pro Se.
ADDRESS: P.O. Box 1756
        Antioch, CA. 94509

ATTORNEY FOR: SHANNON O. MURPHY SR.

Telephone: (831) 292-0231
Facsimile: (925) 267-4255

**FILED**

JUL 21 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON O. MURPHY SR., | CASE NO: 2:23CV1458 DJP (PS) |
| Plaintiff, | **COMPLAINT** |
| vs. | **DEMAND FOR JURY TRIAL** |
| ANTIOCH POLICE DEPARTMENT | Judge: |
| Defendant. | Dept: |

HERE COMES NOW THIS COURT CASE PLAINTIFF, MR. SHANNON O. MURPHY SR., AND ACCORDS HE BY HIS JURISDICTION dba. SHEETMETAL & ASSOCIATES, an INLC., ; APPROPRIATE CONCERNS HE BY ALL THIS ABOVE MATTERS, HIS IS APPLIED IN PRO SE.

HERE COURT IS APPLIES FOR CASE DEFENDANT, ANTIOCH POLICE DEPARTMENT, AT CA. JURISDICTION, AND TO COORDINATE REPLIES BY AT APPROPRIATE OF CITY OF ANTIOCH.

SUBJECT MATTER HERE CONCERNS DETAIL CAUSE OF ACTION: 1) TORT - NEGLIGENCE,
2) BREACH OF CONTRACT
3) DISCRIMINATION
4) HARASSMENT
5) ASSAULT
6) INJURY

**JURISDICTION:** **UNLIMITED CIVIL**, and since here case plaintiff asks award exceed **$79,000**

**VENUE:** Here court is appropriate, and proper since the case defendant, is an U.S. Government entity subject.

DATE: 07/12/2023            SIGN: _____
                                 Court Case Plaintiff - In Pro Se.

CASE NAME: MURPHY vs. ANTIOCH POLICE DEPT.          CASE NO:_____.

**Causes of Action Detail By Event Brief:**

1) TORT - NEGLIGENCE: Defendants, enforcement jurisdiction, failed proper replies to process, there, theirs police, traffic division regards, applies DMV permits allow, and by theirs rules, in order tow again, case plaintiff's pro-business van.

2) BREACH OF CONTRACT: Defendant jurisdiction, did add breach relative contracts to rules, which state for a telephone call should be attempt vehicle's owner, before towing of business vehicle, when phone number is present.

3) DISCRIMINATION: Defendants, police department, at traffic jurisdiction, failed comply remedy, fair due-process police department protocol jurisdiction, where unlawful at private vehicle towing operation was concern regard plaintiff Murphy Esq. Plaintiff Murphy was deprived fair justice comply valid DMV registrations.

4) HARASSMENT: Defendants, police agent continued to tow plaintiff's private owned, business vehicle, even after there, theirs traffic department maintained records of the relevant vehicle already being released from police possession, 11/23/2022, after plaintiff paid defendant, police agent, $209.00, for appropriate release ; Plaintiff, did contact the Antioch Police Department, on 03/24/2023 and was instructed to bring relevant documentation, relevant DMV, and police dept., to the Antioch Police Station, in order retrive mine relative towed vehicle. I arrived therefore as instucted, yet still, I was denied access mine vehicle, even after all necessary to correct DMV, and police dept. record was placed.

5) ASSAULT: is concerns here relevant case defendants, did reply, they at jurisdiction did act, and to apply unfair delay tactics, in order detour fair due-process regards priority matters to plaintiff Murphy's legal professional business, they continue act covet plaintiff's business vehicle, even still after plaintiff informed relative defendant's that he had been injured before by their unfair towing operations, compel attacks;

Defendant had already been notified of Plaintiff's VA diagnosed Bipolar 1 disorder. Plaintiff states here that police department agents did intend aggravate plaintiff.

6) INJURY: Defendants, police agents did in fact, cause plaintiff relevant to injuries, includes Mr. Shannon Murphy Sr., suffer relative occur panic-attack, upset Bipolar disorder. Mr. Murphy, the here case plaintiff, was compel an aggravated, at VA diagnosed to injury, Bipolar 1 disorder, and respective this "covert assault", compel medications. Albuterol was in fact compel being use by plaintiff, in order subdue anxiety, stress.

END///

2

CASE NAME: MURPHY vs. ANTIOCH POLICE DEPT.          CASE NO:_____.

**Prescription For Award By Of Complaint:**

HERE AND NOW DOES THIS U.S. DISTRICT COURT CASE PLAINTIFF APPLY FAIR, JUST, PRESCRIPTION FOR AWARD, IN ORDER COMPLETELY RESOLVE FOR DISPOSITION(S), THAT TO SECURE ALL RELATIVE MATTER FOR SUGGESTS THIS, TO COMPLAINT VALID.

Here for plaintiff Shannon O. Murphy Sr., at administer jurisdiction, plaintiff, U.S. District Court, I, myself as the attorney, plaintiff, in pro se., does now present this prescription to of award...

1) I do ask for award, monetary, declarative, state for punitive subject, that matter associate injury, and relative, especially at continue professional business loss; I ask nominal amount monetary, $3,000,000 for to comply all, and necessary regards mine occur injury(s) physical, emotional, psychological, and that maintain for chronic anxiety, nervous, and that VA diagnosed relative, Bipolar 1 disorder, cause to, and by panic-attack(s), derive accords from, by case defendants, there at reply relevant jurisdiction the Antioch Police Department, of theirs unfair, hostile actions, applies to the unfair, and unlawful towing operations performed on both days, 11/23/20022, and 03/24/2023 respective, that they, case defendant, Antioch Police Department, did commit crime.

2) I ask this above mentioned amount, and that to relevant described for, at of $3,000,000, for to allow fair restitution, compensation, and that to for payments at regards medical observations, include that for relative treatments, therapy(s), and prescribed medications associate to injury, crucial effect, and that could have then, and even now, to future, affects, cause event to death.

3) I ask for all, associate laws govern to U.S. Government entity, properly, since of there, actions, do in fact concern display a very rude, disrepectful attitude, especially regards veteran member, there, theirs should comply an honorable jurisdiction, but did still, case defendant, fail respect; I do sincerely ask all this of at foregoing mentions, and all other this U.S. court judge, deems fit.

END///

3

# MPA
## Municipal Pooling Authority



May 4, 2023

Attn: Shannon O. Murphy
P.O. Box 1756
Antioch, CA 94509

RE: **CLAIMANT NAME:** Shannon O. Murphy
**CLAIM NUMBER:** GL-20447-AN
**MPA'S PRINCIPAL:** City of Antioch
**DATE OF INCIDENT:** 3/24/2023

Dear Mr. Murphy:

The City of Antioch is self-insured, and this agency administers its self-insurance program. The claim you filed is assigned to me for handling. Please address future correspondence to my attention.

We are in the process of investigating your claim. If you have additional information you would like us to consider as part of our investigation, please forward it to me. We will contact you when we have completed our investigation.

If you have any questions, please call or e-mail me.

Sincerely,

Linh Andren
Liability Claims Adjuster

cc: City of Antioch (by e-mail)

xxxxxx    x@@@@@ BEGIN... "Reference Document Attachment"
Here at form below, was to altered by relevant, of plaintff,...;
In order coordinate valid @ preferred evidence info...xxx@@@ END///



CITY OF
# ANTIOCH
CALIFORNIA

July 13, 2023

Shannon O. Murphy
P.O. Box 1756
Antioch, CA 94509

## NOTICE OF REJECTION OF CLAIM

Dear Claimant:

NOTICE IS HEREBY GIVEN that the claim you presented to the City of Antioch on April 21, 2023 was REJECTED on May 15, 2023.

## WARNING

Subject to certain exceptions, you have only six (6) months from the date that this notice was personally delivered or deposited in the mail to file a court action on this claim. See Government Code Section 945.6. This warning does not extend the statute of limitations involving any federal cause of action.

Sincerely,

*[signature]*

Thomas Lloyd Smith
City Attorney

cc:   City Clerk
      MPA, Risk Management

xxxxxx    x@@@@@
Here at form was altered by relevant plaintiff,
coordinate valid @complaint relevant info...xxx@@@ - 5 of 5 -
City Attorney's Office
P.O. Box 5007 • 200 H Street •Antioch, CA 94531-5007 • Tel: 925-779-7015 • Fax: 925-779-7003 • Antiochca.gov