## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**SHANNON O. MURPHY SR.,**

CASE NO: **2:23−CV−01458−DJC−JDP**

v.

**ANTIOCH POLICE DEPARTMENT,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 3/8/2024**

**Keith Holland**
Clerk of Court

ENTERED:  **March 8, 2024**

by: /s/ O. Clemente Licea
Deputy Clerk